UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.    CV 22-2304 GW (KS)                                         Date: April 18, 2022

Title    *Kum Nam Lee v. Proland Management*

Present: The Honorable:    Karen L. Stevenson, United States Magistrate Judge

|            Gay Roberson            |               N/A                |
|-------------------------------------|----------------------------------|
|            Deputy Clerk             |     Court Reporter / Recorder    |

Attorneys Present for Plaintiff: n/a          Attorneys Present for Defendant: n/a

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On April 4, 2022, Plaintiff, a California resident proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983 (the "Complaint"). (Dkt. No. 1.)  The Complaint is a single page suing Defendant Proland Management concerning a writ of attachment imposed on an asset of Plaintiff's, as well as Plaintiff having a "low income or Section 8 apartment [application] den[i]ed . . . ." (*Id.*)

At the outset, the Complaint fails to describe what specific acts on the part of Defendant constituted unconstitutional conduct.  The Complaint, therefore, violates Rule 8 of the Federal Rules of Civil Procedure and is subject to dismissal for failure to state a claim upon which relief can be granted.  See Fed. R. Civ. P. 8; *see also Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (Rule 8 "demands more than an unadorned, the-defendant-unlawfully-harmed-me accusation" and a complaint is insufficient under Rule 8 "if it tenders 'naked assertion[s]' devoid of 'further factual enhancement.'") (citation omitted).

Further, on April 6, 2022, the Court notified Plaintiff that Plaintiff had failed to pay the filing fee and had not filed a request to proceed *in forma pauperis* ("IFP"). (Dkt. No. 2.)  Two weeks have now passed since Plaintiff filed the Complaint and Plaintiff has still not paid the filing fee, requested IFP status, or responded to the Court's notification.  Accordingly, **IT IS HEREBY ORDERED that Plaintiff shall show cause, no later than May 9, 2022, why the action should not be dismissed.**

To that end, the Clerk is directed to send Plaintiff a copy of the Central District's civil rights complaint form (CV-66) and a copy of the Central District's form Request to Proceed In

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 22-2304 GW (KS)                              Date: April 18, 2022

Title        *Kum Nam Lee v. Proland Management*

Forma Pauperis with Declaration in Support (CV-60).  **To discharge this Order and proceed with his case, Plaintiff must either: (1) pay the $400 filing fee in full; or (2) file the completed forms, and the necessary documentation, with the Court on or before the May 9, 2022 deadline.**

**Plaintiff's failure to timely comply with this Order will result in a recommendation of dismissal of this case.**

**IT IS SO ORDERED**.

:

**Initials of Preparer**   gr